UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DOREEN O'MALLEY,                                           Case No.: 1:17-cv-21225-RNS

     Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,

     Defendant.
_____/

**PLAINTIFF'S MOTION FOR SETTLEMENT TO BE ENFORCED**

Now comes the plaintiff in the above referenced matter and respectfully moves this Honorable Court to enforce the settlement of this case which was entered into on or about September 13, 2018. As grounds therefore plaintiff states as follows.

After the Court issued its denial of the Defendant's Motion for Summary Judgment the parties commenced serious settlement negotiations which culminated in an offer that was accepted on September 13th. Counsel for the defendant informed Plaintiff's counsel that the settlement check should be available within a few days after receipt of a signed and notarized "Release and Hold Harmless" agreement.

All required settlement documents were provided to defendant's counsel on or about September 14, 2018. On that date and in reliance on counsel's representation that settlement funds would be available within a few days, a "Joint Notice of Settlement" was efiled with the Court. Unfortunately, now a full month later, settlement funds have yet to be tendered.

WHEREFORE, Plaintiff prays that this Honorable Court order that the defendant tender a settlement check in the amount of $250,000 to "Trust Account of Joseph G. Abromovitz", forthwith.

Date:   October 18, 2018

Respectfully submitted,

Attorneys for Plaintiff,

| | |
|---|---|
| THE LAW OFFICES | PENNEKAMP LAW, P.A. |
| OF JOSEPH G. ABROMOVITZ, P.C. | Attorneys for Plaintiff |
| Co-Counsel for Plaintiff | 2811 SW 3rd Ave |
| 841 Main Street, Suite 5 | Miami, FL 33129 |
| Walpole, MA 02081 | 305.860.4445/866.353.5529fax |
| 508.921.3571/508.921.3587 fax | |
| | |
| s/ Joseph G. Abromovitz | s/Tom Pennekamp |
| JOSEPH G. ABROMOVITZ | TOM PENNEKAMP |
| Fla. Bar No. 189019 | Fla. Bar No. 860840 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Tom Pennekamp*
_____
TOM PENNEKAMP
Attorney for Plaintiff

**SERVICE LIST**

Tom Pennekamp, Esq.
PENNEKAMP LAW, P.A.
2811 SW 3 Avenue
Miami, FL 33129
Telephone: (305) 860-4445
Fax: (866) 353-5529
pleading@pennekamplaw.com
*Attorney for Plaintiff*

Joseph G. Abromovitz, Esq.
LAW OFFICE OF JOSEPH G. ABROMOVITZ, P.C.
841 Main Street, Suite 5
Walpole, MA  02081
Telephone: (508) 921-3571
Fax: (508) 921-3587
jga@jga-pc.com and bc@jga-pc.com
*Co-Counsel for Plaintiff*

Natasha K. Alcivar, Esq. nalcivar@rccl.com
Paul J. Hehir, Esq. phehir@rccl.com
ROYAL CARIBBEAN CRUISES LTD.
1050 Caribbean Way
Miami, Florida   33132
Telephone: (305) 539-3943
Fax: (305) 539-6561
*Attorneys for Defendant*

Andrew D. Craven, Esq. acraven@chartwelllaw.com
Marcus G. Mahfood, Esq. mmahfood@chartwelllaw.com
THE CHARTWELL LAW OFFICES, LLP
200 S. Biscayne Blvd., Suite 300
Miami, FL 33131
Telephone: (786) 804-4614
Fax: (305) 372-5044
*Attorneys for Defendant*